## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PABLO CESAR MARIAZZA-CHAVEZ, | No. 4:20-CV-01651 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| WARDEN CLAIR DOLL, | |
| Respondent. | |

## ORDER

### DECEMBER 29, 2020

Plaintiff filed the instant action on September 11, 2020, and it was jointly assigned to the undersigned and to a magistrate judge. Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[1] Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[2]

On December 1, 2020 Magistrate Judge William I. Arbuckle, to whom this matter is jointly assigned, issued a thorough report and recommendation recommending that: (1) the petition be denied and dismissed without prejudice; (2) a certificate of appealability not be issued; and (3) the case be closed.

No objections to the report and recommendation have been filed. For portions of the report and recommendation to which no objection is made, the Court should, as

---

[1]   28 U.S.C. 636(b)(1)(B).
[2]   28 U.S.C. 636(b)(1).

a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[3]  Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[4]

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge. I have conducted a de novo review here and found no error.

**AND NOW, IT IS HEREBY ORDERED** that:

1.    Magistrate Judge Arbuckle's Report and Recommendation (Doc. 10) is **ADOPTED** in full.

2.    The Petition is **DENIED** and **DISMISSED** without prejudice.

3.    A certificate of appealability shall **not** issue.

4.    The Clerk is directed to **CLOSE** the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

---

[3]   Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F.Supp.2d 465, 469 (M.D. Pa. 2010) (*citing Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that judges should give some review to every report and recommendation)).

[4]   28 U.S.C. § 636(b)(1); Local Rule 72.31.